# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05CR234-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| BARBARA SUE BROWN. ) | |
| ) | |
| ) | |

**THIS MATTER** coming on upon the court's own motion regarding evaluations completed regarding the above referenced defendant by the United States Department of Justice, Federal Bureau of Prisons, and it appearing to the court from a review of the reports that the reports should be placed under seal pending further orders of the court.

**IT IS FURTHER ORDERED** that the reports entitled "Competency to Stand Trial Evaluation" and "Criminal Responsibility Evaluation" shall be placed under **SEAL** and filed in this file and that copies of the report shall be provided to the defendant's counsel and to the Assistant United States Attorney's responsibility in this matter.

Signed: February 1, 2006

Dennis L. Howell
United States Magistrate Judge